**Aaron Solis BERMUDEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–71499.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2012.*

Filed Nov. 14, 2012.

Mariela Elizabeth Camisassa, International Legal Alliance Group, North Hollywood, CA, for Petitioner.

OIL, Andrew Jacob Oliveira, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HUG, FARRIS, and LEAVY, Circuit Judges.

MEMORANDUM **

Aaron Solis Bermudez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of discretion, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir.2005), and we deny the petition for review.

The BIA did not abuse its discretion in denying Solis Bermudez's motion to reconsider because the motion failed to identify any error of law or fact in the BIA's July 16, 2010 order denying his motion to reopen. *See* 8 C.F.R. § 1003.2(b)(1); *see also Socop–Gonzalez v. INS*, 272 F.3d 1176, 1180 n. 3, 1193–96 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.